**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  **vs.**

**STANLEY POBLOCKI**                        **1:97-CR-00206-001**
**63 Butternut Circle**
**Orchard Park, New York 14127,**

        **Defendant,**

  **and**

**EMPLOYER SERVICES CORPORATION**
**ATTN: PAYROLL**
**20 Pineview**
**Amherst, New York 14228,**

        **Garnishee.**

---

**WRIT OF CONTINUING GARNISHMENT**

GREETINGS TO:  EMPLOYER SERVICES CORPORATION
                ATTN: PAYROLL
                20 PINEVIEW
                AMHERST, NEW YORK 14228

     An Application for a Writ of Continuing Garnishment against the property of STANLEY POBLOCKI, Defendant, has been filed with this Court.  A Judgment has been entered against the above-named Defendant in the amount of $26,050.00.  The balance due on the Judgment as of June 7, 2007, is $19,945.00.

     You are required by law to Answer in writing, under oath, within ten (10) days, whether or not you have in your custody,

control, or possession, any property owned by the debtor, including non-exempt, disposal earnings.

Please state whether or not you anticipate paying the Debtor any future payments and whether such payments are weekly, bi-weekly, semi-monthly or monthly.

You must file the original written Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Court Clerk at:  Clerk, United States District Court, Western District of New York, 68 Court Street, Buffalo, New York 14202.  Additionally, you are required by law to serve a copy of your Answer upon the debtor at: 63 Butternut Circle, Orchard Park, New York 14127, and upon the United States Attorney's Office, Attn: Kevin D. Robinson, AUSA, 138 Delaware Avenue, Buffalo, New York 14202.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment.  Property which is exempt and which is not subject to this Order is listed on the attached Exemption list.

Pursuant to Title 15 U.S.C. §1674, a Garnishee is prohibited from discharging a Defendant from employment by reason of the fact that his/her earnings have been subject to garnishment.

If you fail to Answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter

a Judgment against you for the value of the debtor's non-exempt property.  It is unlawful to pay or deliver to the Defendant any item attached by this Writ.

DATED:  Buffalo, New York, July 30, 2007.

/s/William M. Skretny
HONORABLE WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE